**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| LUNDES GARRETT, | : | No. 68 MM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CHASE HOME FINANCE LLC, S/B/M/T, | : | |
| CHASE MANHATTAN MORTGAGE | : | |
| CORPORATION, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2017, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Prohibition is **DENIED**, and the Application for Enlargement of Time to File an Answer is **DISMISSED AS MOOT**.